UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.    2:25–cv–02729–MWF–AYP            Date        July 2, 2026

Title        ANTONIO S NIEVES V. CENTERRA INTEGRATED FLEET SERVICES, LLC

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                                    Not Reported;
   Courtroom Deputy                              Court Reporter

  Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):
         None Present                                 None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

        In light of the Notice of Settlement filed 5/29/26 (Status Report), the Court sets a
hearing on Order To Show Cause Re Dismissal for August 5, 2026 at 11:30 AM. If a
stipulated dismissal is filed prior to this date, the matter will be taken off calendar and
no appearance is needed. All other hearings and deadlines are hereby vacated.

        **IT IS SO ORDERED.**

                                                            Initials of Clerk:  rs